IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Performance Industries Manufacturing, Inc. d/b/a Vortex Racing**

                     Plaintiff,

        v.                                    Case No. 8:18-cv-00510-SDM-AAS

**Vortex Performance Pty Ltd.**

                     Defendant.

### PLAINTIFF'S NOTICE OF STATUS ON SERVICE OF PROCESS ON DEFENDANT

Plaintiff Vortex Racing, by its undersigned trial counsel, hereby advises the Court that:

1.      Plaintiff filed it Complaint on March 5, 2018.

2.      Defendant Vortex Ignitions is a foreign defendant having a principal place of business in Australia.

3.      On April 2, 2018, Plaintiff's counsel emailed Defendant a request to forward the following documents to its counsel: (1) Notice of the Lawsuit and Request to Waive Service of the Summons; (2) Waiver of the Service of Summons; and (3) Copies of all docket entries.

4.      After receiving no response from Defendant, on April 18, 2018, Plaintiff ordered international service of process under the Hague Convention from Ancillary Legal Corporation in Atlanta, Georgia.

5.     On May 10, 2018, staff attorney John V. Pierceall of Ancillary Legal executed an affidavit concerning the status of service on Defendant.  A copy of the signed affidavit is attached as Exhibit A.

6.     Mr. Pierceall represents that Ancillary Legal delivered the documents for service in this action to the Australian Central Authority on April 30, 2018. Aff. ¶ 7.

7.     Mr. Pierceall's affidavit sets forth the procedure for service on the Defendant and the deadlines resulting from delivery of the service documents to the Australian Central Authority.

8.     Plaintiff will continue to monitor the status of service on Defendant.

9.     Plaintiff will immediately advise the Court of any change in status that causes deviation from the process specified in Mr.  Pierceall's affidavit.


Respectfully submitted,
s/ *Nathan P. Suedmeyer*
Nathan P. Suedmeyer, Esq.
Fla. Bar # 0070787
nathan@larsonpatentlaw.com

Justin P. Miller, Esq.
Fla. Bar # 0084495
justin@larsonpatentlaw.com

Larson & Larson, P.A.
11199 69th Street
Largo, FL 33773
(727)-546-0660 tele
(727) 213-6922 fax
Trial Counsel for Vortex Racing

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served by electronic mail a copy of the foregoing document to non CM/ECF participants: NONE.

s/ *Nathan P. Suedmeyer*
Nathan P. Suedmeyer, Esq.